IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| MADISON JOHNSON and ELVIN DOWLING, Individually and on Behalf of a Class of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>WANABANA LLC and WANABANA USA LLC,<br><br>        Defendant. | Case No.: 1:24-cv-20165-KMW |

**PLAINTIFFS' NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

Plaintiffs, Madison Johnson and Elvin Dowling, by and through undersigned counsel, and pursuant Local Rule 3.8 of the United States District Court for the Southern District of Florida, hereby file this Notice of Pending, Refiled, Related or Similar Actions.

The following related actions are currently pending:

1. *Bell, et al, v. Wanabana LLC, et al*, Case No. 1:2023-cv-24861 (S.D. Fla. filed December 22, 2023).

2. *R.C., et al, v. Wanabana LLC, et al*, Case No. 1:2023-cv-24923 (S.D. Fla. filed December 28, 2023).

3. *Al Khaled, et al, v. Wanabana LLC*, Case No. 1:2024-cv-20009 (S.D. Fla. filed January 2, 2024).

4. *Goolsby., et al, v. Wanabana LLC, et al*, Case No. 5:2023-cv-00625 (E.D.N.C. filed October 31, 2023).

5. *Marsh, v. Wanabana LLC, et al*, Case No. 7:2023-cv-11090 (S.D.N.Y. filed December 21, 2023).

| | |
|---|---|
| Dated: January 22, 2024 | **MILLER SHAH LLP** |
| | |
| | */s/ Nathan C. Zipperian* |
| | Nathan C. Zipperian |
| | 1625 N. Commerce Parkway, Suite 320 |
| | Fort Lauderdale, Florida 33326 |
| | Telephone: (866) 544-5505 |
| | Facsimile: (866) 300-7367 |
| | nczipperian@millershah.com |
| | |
| | Robert C. Schubert (*pro hac vice* to be filed) |
| | Amber L. Schubert (*pro hac vice* to be filed) |
| | Dustin L. Schubert (*pro hac vice* to be filed) |
| | **SCHUBERT JONCKHEER & KOLBE LLP** |
| | 2001 Union Street, Suite 200 |
| | San Francisco, California 94123 |
| | Telephone: (415) 788-4220 |
| | Facsimile: (415) 788-0161 |
| | rschubert@sjk.law |
| | aschubert@sjk.law |
| | dschubert@sjk.law |
| | |
| | *Attorneys for Plaintiffs and the Putative Class* |